UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Howard Cohan

          Plaintiff,

v.                   Case No.: 1:15−cv−00214
                  Honorable Manish S. Shah

Bensenville Hospitality Inc., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 16, 2016:

  MINUTE entry before the Honorable Manish S. Shah: Plaintiff's notice of voluntary dismissal is understood to be a request under Rule 41(a)(2), and is granted. The case is dismissed with prejudice, with both sides to bear their own fees and costs. Civil case terminated. Notices mailed by Judicial Staff.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.